1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    JOSE CESAR CAMACHO,

8                    Plaintiff,

9          v.

10   ALFONSO ORTIZ CRUZ, et al.,

11                    Defendants.

Case No.  17-cv-06652-JSW

**ORDER DIRECTING MARIN COUNTY
DEFENDANTS TO SHOW CAUSE**

Re: Dkt. Nos. 30

12

13          On January 10, 2018, this Court issued an Order setting a briefing schedule and a hearing

14   date on various motions to dismiss.  In that Order, the Court noted that it was not clear that the

15   Marin County Defendants had served Plaintiff with their motion.  Accordingly, the Court's Order

16   stated, in part, as follows:

17                    If the Marin County Defendants have not yet served Plaintiff and
                     Mr. Cruz with copies of their motion, they shall effect service by no
18                    later than January 19, 2018.  If the Marin County Defendants have
                     served Plaintiff and Mr. Cruz, they shall file a proof of service by
19                    that date.

20          The Marin County Defendants have not filed a proof of service showing that they have

21   served Plaintiff, or pro se Defendant Cruz with their motion.  Accordingly the Marin County

22   Defendants are HEREBY ORDERED TO SHOW CAUSE why the Court should not deny their

23   motion without prejudice, or impose monetary sanctions in the amount of $250.00, for their failure

24   to comply with the Court's Order.

25   //

26   //

27   //

28   //

1   The Marin County Defendants' response to this Order to Show Cause shall be due by

2   January 31, 2018.

3       IT IS SO ORDERED.

4   Dated: January 24, 2018

5   _____

6   JEFFREY S. WHITE
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28