# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JOSE CESAR CAMACHO,

           Plaintiff,

    v.

ALFONSO ORTIZ CRUZ, et al.,

           Defendants.

Case No. 17-cv-06652-JSW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 62

On February 27, 2018, the Court granted, in part, and denied, in part, motions to dismiss, which dismissed Plaintiff's claims against all of the Defendants. The Court, however, granted Plaintiff leave to amend his claims against the Marin County Defendants and against Mr. Cruz. The Court ordered that if Plaintiff chose to file an amended complaint, "he must do so by no later than March 26, 2018." (Order Granting, in Part, and Denying, in Part, Motions to Dismiss at 14:16.) Although Plaintiff is proceeding pro se, he has registered as an electronic filer. Plaintiff did not file an amended complaint on March 26, 2018.

Accordingly, the Court HEREBY ORDERS Plaintiff to show cause why the Court should not dismiss this case under Federal Rule of Civil Procedure 41(b). Plaintiff's response to this Order to Show Cause shall be due by April 6, 2018. If Plaintiff fails to file a response by that date, the Court will dismiss the remaining claims pursuant to Rule 41(b).

**IT IS SO ORDERED.**

Dated: March 28, 2018

_____

JEFFREY S. WHITE

United States District Judge